# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                              NO. 4:08CR00013-003 SWW

MARIA JUDITH AZVALZA-YANEZ

### ORDER OF DISMISSAL

Upon the government's oral motion made in open Court to dismiss the indictment pending against the above defendant,

IT IS ORDERED that the motion is granted, and the indictment pending in this case hereby is dismissed as to separate defendant Maria Judith Zavalza-Yanez.

DATED this 23rd day of July, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE